1  NINA F. LOCKER, State Bar No. 123838
   STEVEN GUGGENHEIM, State Bar No. 201386
2  GREGORY WATTS, State Bar No. 197126
   JONI OSTLER, State Bar No. 230009
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10  DIANE BUCKLEY, Derivatively and on Behalf of  )   CASE NO.: C-06-4984 PJH
    JUNIPER NETWORKS, INC.,                      )
11                                               )
                   Plaintiff,                    )   **STIPULATION AND [PROPOSED]**
12                                               )   **ORDER EXTENDING**
            v.                                   )   **DEFENDANTS' TIME TO**
13                                               )   **RESPOND TO DERIVATIVE**
    SCOTT KRIENS, PRADEEP SINDHU,                )   **COMPLAINT**
14  WILLIAM R. HEARST III, WILLIAM R.            )
    STENSRUD, STRATTON SCLAVOS,                  )   **(Civil L.R. 6-1)**
15  KENNETH LEVY, ROBERT M. CALDERONI,           )
    KENNETH GOLDMAN, FRANK MARSHALL,             )
16  VINOD KHOSLA, C. RICHARD KRAMLICH,           )   Date: N/A
    MARCEL GANI, JAMES A. DOLCE, JR.,            )   Time: N/A
17  STEVEN HALEY, PETER L. WEXLER, LLOYD         )   Before: Hon. Phyllis J. Hamilton
    CARNEY, and ASHOK KRISHNAMURTHI,             )
18                                               )
                   Defendants,                   )
19                                               )
            and                                  )
20                                               )
    JUNIPER NETWORKS, INC.,                      )
21                                               )
                   Nominal Defendant.            )
22                                               )

1   WHEREAS, there are currently at least seven derivative actions pending in the Northern

2 District of California against nominal defendant Juniper Networks, Inc. (the "Company") and

3 others arising out of a common set of facts, as set forth below:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Timothy W. Hill v. Juniper Networks, Inc. et al.* | C-06-03396-JW | 05/24/06 |
| *Levi Shemtov v. Juniper Networks, Inc. et al.* | C-06-03430-JW | 05/26/06 |
| *Frank Rizzo v. Juniper Networks, Inc. et al.* | C-06-03446-JW | 05/26/06 |
| *Rahmi Kaya v. Juniper Networks, Inc. et al.* | C-06-03452-JW | 05/26/06 |
| *Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund v. Juniper Networks, Inc. et al.* | C-06-03708-JW | 06/09/06 |
| *Indiana State District Council of Laborers And HOD Carriers Pension Fund v. Juniper Networks, Inc. et al.* | C-06-04717-JW | 08/03/06 |
| *Buckley v. Juniper Networks, Inc. et al.* | C-06-04984-PJH | 8/17/06 |

14   WHEREAS, on August 11, 2006, a Related Case Order was issued by the Honorable

15 James Ware that designated the following cases as related and assigned the cases to the

16 Honorable James Ware: *Hill v. Juniper Networks, Inc. et al.; Shemtov v. Juniper Networks, Inc.*

17 *et al.; Rizzo v. Juniper Networks, Inc. et al.; Kaya v. Juniper Networks, Inc. et al., Employer-*

18 *Teamsters v. Juniper Networks, Inc. et al.*; and *Indiana State District Council of Laborers and*

19 *HOD Carriers Pension Fund v. Juniper Networks, Inc. et al.*;[1]

20   WHEREAS, plaintiffs Hill, Shemtov, Employer-Teamsters, Indiana State District

21 Council, and Kaya have each filed motions to consolidate these derivative actions, which

22 motions are scheduled to be heard on October 16, 2006 before the Honorable James Ware;

23   WHEREAS, plaintiff Shemtov included the *Buckley* complaint in his motion to

24 consolidate the related cases currently assigned to the Honorable James Ware;

25   WHEREAS, under the unique circumstances of this case, the parties believe that

26 coordination of proceedings in this action and in the several related actions would be a more

STIP EXTENDING TIME TO RESPOND             -1-
CASE NO. C-06-4984 PJH

1  efficient use of the parties' and courts' resources, and would be in the best interests of the
2  Company's shareholders and investors, and have therefore mutually agreed to extend the
3  defendants' time to respond;
4      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
5  the undersigned counsel for Plaintiff and counsel for Defendants, subject to approval of the
6  Court, that:
7      1.    Defendants need not respond to the current complaint; and
8      2.    The time for the Defendants to answer, move against or otherwise respond shall
9  be extended to sixty (60) days after a consolidated complaint is filed by the lead plaintiff.

Dated:  August 28, 2006

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By    /s/ Betsy C. Manifold
    Betsy C. Manifold

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
Symphony Tower
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:    (619) 239-4599
Facsimile:    (619) 234-4599

*Attorneys for Derivative Plaintiff Diane Buckley*

---

(...continued from previous page)

[1] The present action was filed after the Related Case Order dated August 11, 2006 and therefore was not included in that order.

STIP EXTENDING TIME TO RESPOND    -2-
CASE NO. C-06-4984 PJH

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 28, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |
| 4 | | |
| 5 | | By  /s/ Joni Ostler |
| | | Joni Ostler |
| 6 | | 2795 East Cottonwood Parkway, Suite 300 |
| 7 | | Salt Lake City, UT  84121-6928 |
| | | Telephone:    (801) 993-6400 |
| | | Facsimile:     (801) 993-6499 |

Nina F. Locker
Steven Guggenheim
Gregory Watts
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:    (650) 493-9300
Facsimile:     (650) 565-5100

*Attorneys for Defendants*

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/5/06

_____
Judge Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

STIP EXTENDING TIME TO RESPOND          -3-
CASE NO. C-06-4984 PJH

SIGNATURE ATTESTATION

I, Joni Ostler, attest that I have on file an email dated August 28, 2006 from Betsy C. Manifold permitting me to sign her name on her behalf, whose holographic signature ("/s/") appears on the Stipulation and [Proposed] Order Extending Defendants' Time to Respond to Derivative Complaint, filed with the Court on August 29, 2006. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of August, 2006 at Palo Alto, California.

By:    /s/ Joni Ostler
      Joni Ostler